**Prince George's County Public Schools**
14201 School Lane ♦ Upper Marlboro, MD 20772 ♦ www.pgcps.org

**CHILDREN COME FIRST**

# FREQUENTLY ASKED QUESTIONS
# REDUCTION OF STIMULUS FUNDED POSITIONS

**I received a letter saying that the position I am in is "stimulus funded." What does that mean?**

For the purpose of the letters that went out on March 18, 2011, "stimulus funds" refer to various types of federal funds PGCPS began to receive in FY10 to mitigate the reductions required by the lagging economy. The funds have allowed PGCPS to fund positions that otherwise would not have been possible without the federal funding. Stimulus funds were allocated in the areas of Title I, Special Education and Head Start. These funds allowed PGCPS to maintain many positions which would have otherwise been reduced for the 2009-2010 and 2010 – 2011 fiscal years. It also allowed the district to create new positions to meet the needs of the school system. The availability of these funds ends at the conclusion of this fiscal year and will not be available to support these positions in the 2011 – 2012 fiscal year.

Then, in FY11, Congress passed, and the President signed into law, the Education Jobs Fund Act. This legislation gave school districts one-time funds to help prevent layoffs that were projected to occur throughout the country. PGCPS received over $6 million in Education Jobs Fund money for FY11. These funds were used to support additional teaching positions needed in schools with enrollments higher than what was projected, so as to mitigate large class sizes.

All employees in positions funded by these sources received the letters stating that stimulus funded positions would be eliminated for FY12.

**I didn't know the position that I am assigned to for the 2010-2011 school year was such a position. Why wasn't I notified of that fact?**

The determinations regarding which positions would be stimulus funded were made either by assigning funds to positions that would otherwise be cut (e.g., Reading Recovery positions were cut in the FY10 budget and then some were restored with Special Education stimulus money) or by purchasing new positions based on the needs of the school system (e.g., some positions in the Special Education MEANS program). Other stimulus funds were assigned to select positions that would maximize our ability to spend all of the money. For example, sometimes higher salaried positions had to be selected to match the amount of funds received. It was done solely with regard to salary and work location, within position classifications, and without regard to specific identity (name, EIN, etc.).

In some cases, employees in these positions knew that the position was funded by these sources; however, this did not occur in every case.

**Why did I receive a letter indicating my position was being reduced when I have seniority within my building/unit?**

The letters regarding the elimination of stimulus-funded positions were sent to all individuals who are currently in stimulus-funded positions, regardless of seniority and/or any ultimate

reduction-in-force/layoff inquiries. These letters were sent to inform employees that the funding source associated with their position was ending at the conclusion of the current fiscal year. Any ultimate impact of the RIF/layoff will be effectuated in accordance with the provisions of the applicable negotiated agreement.

**I received a letter stating that my position was funded by stimulus funding. Since the stimulus funding expires on June 30, 2011, does that mean I won't have a position next year?**

The elimination of stimulus funding, by itself, does not determine whether your specific position will be eliminated for the 2011-2012 school year; rather, the loss of such funding is merely one of the many budgetary issues that will impact the final decisions on what positions will be affected by the reductions-in-force/layoffs.

While the position you currently hold is funded by stimulus monies, PGCPS will follow the stipulations regarding the reduction-in-force/layoff set forth in the applicable negotiated agreement. In other words, your impact will be determined solely on the basis of your seniority or other factors identified by your collective bargaining agreement.